B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
<u>Eastern</u> District of <u>Pennsylvania</u>

In re <u>Scungio Borst & Associates, LLC</u>,  )
                      Debtor                 )
                                           )   Case No. <u>22-10609 (AMC)</u>
Stephen J. Scherf, SBA Plan Trust    )
Administrator of SBA Plan Trust,      )   Chapter <u>11</u>
                  Plaintiff                 )
                                           )
               v.                             )
<u>American Express</u>              ,   )   Adv. Proc. No. <u>24-00038 (AMC)</u>
                 Defendant           )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

       I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on <u>August 5, 2024</u> as it appears in the records of this court, and that:                           (date)

[X] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                      (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
       (name of court)                        (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on
_____.
     (date)

<u>9-24-2024</u>                                       Clerk of the Bankruptcy Court
Date

                                                By: <u>Marie Kalosieh</u>
                                                    Deputy Clerk

*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scungio Borst and Associates LLC<br>Debtor(s) | Case No. 22-10609-amc<br>Chapter 11 |
| Stephen J. Scherf, SBA Plan Trust Administrator of<br>SBA Plan Trust<br>Plaintiff | Adversary No. 24-00038-amc |
| v. | |
| American Express<br>Defendant | |

## DEFAULT JUDGMENT

Before Judge Ashely M. Chan

AND NOW, in accordance with Request for Entry of Default Judgment, Affidavit and Certificate of Service it is

ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust and against Defendant, American Express in the amount of Two Hundred Ninety One Thousand Nine Hundred Eighty Two Dollars and Forty Eight Cents ($291,982.48), plus cost in the amount of Three Hundred Fifty Dollars and Zero Cents($350.00)for a total sum of Two Hundred Ninety Two Thousand Three Hundred Thirty Two Dollars and Forty Eight Cents ($292,332.48).

Date: August 5, 2024

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court

TRUE COPY CERTIFIED
FROM THE RECORD
FILED:
ATTEST:
Deputy Clerk
U.S. Bankruptcy Court

B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

Eastern District Of Pennsylvania

In re: Scungio Borst & Associates, LLC

Debtor

Case No. 22-10609 (AMC)

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,

    Plaintiff,

v.

American Express,

    Defendant.

Adversary No. 24-00038 (AMC)

## EXEMPLIFICATION CERTIFICATE

I, _Timothy McGrath_, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Default Judgment against Defendant American Express in the amount of $292,332.48

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at _Philadelphia_, in the State of _Pennsylvania_, this _18th_ day of _September 2024_.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

---

I, _Ashely Chan_, bankruptcy judge for this district certify that _Timothy McGrath_ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

_9/18/24_
Date

_____
Bankruptcy Judge

---

I, _Timothy McGrath_, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable _Ashely Chan_ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.

In testimony of this statement, I sign my name, and affix the seal of the court at _Philadelphia_, in the State of _Pennsylvania_, this _19th_ day of _September 2024_.

[Seal of Court]

_____
Clerk of the Bankruptcy Court