ABSTRACT OF JUDGMENT

**Re:** Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust v. American Express

Case Number: 1:25-mc-000055

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| American Express<br>200 Vesey Street<br>New York, NY 10285 | Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust<br>1617 JFK Boulevard<br>Suite 1040<br>Philadelphia, PA 19103 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $292,332.48 | Matthew S. Olesh, Esq.<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102 | August 5, 2024 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE - U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York                , New York

TAMMI M. HELLWIG, Clerk of Court

_____
**By,**            **Deputy Clerk**