UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STEPHEN J. SCHERF, SBA PLAN TRUST
ADMINISTRATOR OF SBA PLAN TRUST

                Plaintiff,      1:25-mc-00055-MKV

- against -          **SATISFACTION OF JUDGMENT**

AMERICAN EXPRESS

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 6th day of February, 2025 in favor of Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust and against American Express in the amount of $292,332.48, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: December 4, 2025
New York, New York

                                    OBERMAYER REBMANN MAXWELL & HIPPEL LLP

                                    By: _____
                                    Matthew S. Olesh, Esquire
                                    Centre Square West
                                    1500 Market Street, Suite 3400
                                    Philadelphia, PA 19102-2101
                                    Telephone: (215) 665-3043
                                    Facsimile: (215) 665-3165
                                    *Counsel to Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust of Scungio Borst & Associates, LLC*

COMMONWEALTH OF PENNSYLVANIA  )
                               ) ss.:
COUNTY OF PHILADELPHIA         )

On the 4th day of December, 2025 before me personally came Matthew S. Olesh to me known and known to be a member of the firm of Obermayer Rebmann Maxwell & Hippel LLP, attorneys for Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust of Scungio Borst & Associates, LLC in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_Sharon Morrissey_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
SHARON MORRISSEY - Notary Public
Philadelphia County
My Commission Expires December 23, 2026
Commission Number 1229861